HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE ESTRADA,<br><br>           Plaintiff,<br><br>    v.<br><br>SECURITY BARRICADE, INC., et al,<br><br>           Defendant. | Case No. C05-5124 RBL<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

THIS MATTER comes on before the above-entitled Court upon Plaintiff'S Motion to Amend Complaint [Dkt. #16].

Having considered the entirety of the records and file herein, and having considered that defendant Lakeside Industries has consented to the amendment and defendant Local 791 failed to file an opposition to the motion under Local Rule CR 7(b)(2), it is hereby,

ORDERED that plaintiff's Motion to Amend [Dkt. #16] is **GRANTED**. Plaintiff shall file a separate amended complaint within ten (10) day of this Order.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 10th day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1