HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE ESTRADA and TINA ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY BARRICADE, INC., a Washington corporation; LAKESIDE INDUSTRIES a joint venture of RED SAMM MINING COMPANY and BLACK RIVER SAND & GRAVEL, INC., a Washington corporation; OSTRANDER ROCK & CONSTRUCTION COMPANY, INC., a Washington corporation; WASHINGTON & NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS, LOCAL 791, a labor union organization,<br><br>Defendants. | Case No. C05-5124<br><br>ORDER ON MOTION FOR ADDITIONAL DEPOSITION TIME RE DEBBIE ESTRADA |

THIS MATTER comes on before the above-entitled Court upon Defendant Local 791's Motion for Additional Deposition Time Re: Debbie Estrada [Dkt. #22].

Having considered the entirety of the records and file herein, the Court rules as follows:

Plaintiff's complaint contains causes of action against the defendants for gender discrimination, sexual harassment, and retaliation under 42 U.S.C. § 2000e and RCW 49.60 *et. seq.*, and a claim against defendant Security Barricade, Inc. for unpaid wages. The defendant, Local 791, joined by defendants Security Barricade, Inc. and Lakeside Industries seek to add additional time to the seven hours provided under Fed.R.Civ.P. 30(d)(2) for the deposition of plaintiff Debbie Estrada arguing that because there are four defendants, they all

ORDER
Page - 1

1  will need more time than the rules allow to complete the examination.  This case is in its infancy.  Initial
2  disclosures under Fed.R.Civ.P. 26 were just recently due on June 10, 2005.  No depositions have yet been
3  scheduled.  Plaintiff's counsel represents to the Court that if the deposition of the plaintiff is proceeding
4  expeditiously and cannot be completed with the seven hours provided by the rule, that they will be amenable
5  to agreeing to extend the time for the deposition.  Based upon this representation, it is hereby

6  ORDERED that Defendant Local 791's Motion for Additional Deposition Time Re: Debbie Extrada
7  [Dkt. #22] is **DENIED** without prejudice, to be renewed if the parties cannot agree to extend the time for the
8  deposition after the completion of seven hours.

9  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
10  pro se.

11  Dated this 23rd day of June, 2005.

  
RONALD B. LEIGHTON  
UNITED STATES DISTRICT JUDGE