HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBBIE ESTRADA, a single woman,

Plaintiff,

v.

SECURITY BARRICADE, INC., a Washington corporation; LAKESIDE INDUSTRIES, a joint venture of RED SAMM MINING COMPANY and BLACK RIVER SAND & GRAVEL, INC., a Washington corporation; OSTRANDER ROCK & CONSTRUCTION COMPANY, INC., a Washington corporation; WASHINGTON & NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS, LOCAL 791, a labor union organization,

Defendants.

Case No.: C05-5124-RBL

ORDER

This matter comes before the Court on the Defendant's Motion to Compel Plaintiff to Answer Interrogatories and Produce Documents. [Dkt. #51]. Fed. R. Civ. P. 33(b)(1) provides that "[e]ach interrogatory shall be answered separately and fully in writing under oath . . ." The Court finds that the Plaintiff's answers in this regard comply with the spirit of this rule, requiring the party served to "fully" respond to the interrogatories. Indeed, making reference to a deposition in response to an interrogatory is sufficient if, in fact, the deposition already "fully" answers the question posed.

1  With regard to the production of documents, the Plaintiff has indicated her intent to provide the
2  Defendants with all requested documents. The Plaintiff shall forthwith provide each of the requested items
3  to the extent that these responsive documents can be located.
4  The Defendant's Motion to Compel Plaintiff to Answer Interrogatories and Produce Documents is
5  therefore DENIED. [Dkt. #51].

7  IT IS SO ORDERED.
8  DATED this 10th day of January, 2006.

　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE